UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meschkow & Gresham, P.L.C.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Franchise Capital Corporation, et al.,<br><br>　　　　　Defendants. | No. CV-09-02238-PHX-SRB<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| Franchise Capital Corporation, a foreign corporation,<br><br>　　　　　Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>Meschkow & Gresham, P.L.C., an Arizona professional limited liability company; Jordan M. Meschkow and Susan G. Meschkow, husband and wife,<br><br>　　　　　Counterdefendants and Third-Party Defendants. | |

　　　This matter having come before the Court by stipulation of the parties, and good cause appearing therefor:

　　　IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

　　　Dated this 6th day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　United States District Judge